NUMBER 13-01-380-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


RAY LOPEZ A/K/A MARIO CHAVANA , Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 347th District Court 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, RAY LOPEZ A/K/A MARIO CHAVANA , attempted to perfect an appeal from a judgment entered by the
347th District Court of Nueces County, Texas, in cause number 00-CR-2972-H . Appellant has filed a motion to dismiss
the appeal. The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 29th day of November, 2001 .